

## COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Friday, May 08, 2015

Matthew J. Kita
P. O. Box 5119
Dallas, TX 75208
\* DELIVERED VIA E-MAIL \*

Lara Tomlin
1450 E McKinney
Denton, TX 76205
\* DELIVERED VIA E-MAIL \*

District Attorney Denton County
Paul Johnson
P. O. Box 2344
Denton, TX 76202
\* DELIVERED VIA E-MAIL \*

**Re:** ROGER LIVERMAN and AARON LIVERMAN
**CCA No.** PD-1595-14, PD-1596-14
**Trial Court Case No.** F-2012-0136-D, F-2012-0137-D

Dear Counselors:

The above-styled case is set for submission on Wednesday, May 20, 2015, at 1:30 PM. Please notify this Court (by efiling) within 5 days of the date of this notice whether you will appear for oral argument.

Failure to respond constitutes waiver of oral argument

Please let us know if you have any questions.

Sincerely,

Abel Acosta, Clerk